# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129988

VALINDA DAVIS, on behalf of herself and her
minor children, ANDRE DAVIS, ANGELA
DAVIS, MARQUES DAVIS, TIMOTHY DAVIS,
CHRISTOPHER DAVIS, TA-MYA DAVIS,
GARNETT DAVIS, II, and CHANTAL DAVIS,
      Plaintiffs-Appellants,

v

                                   SC: 129988
                                   COA: 252347
CITY OF SOUTHFIELD,                   Oakland CC: 1998-005243-NO
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the October 20, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006                                   _____
t0320                                          Clerk